No. 84–248. Pino *v.* District Court of the Second Judicial District's Children's Court in and for the County of Bernalillo. Sup. Ct. N. M. [Probable jurisdiction postponed, 471 U. S. 1014.] Appeal dismissed under this Court's Rule 53.

No. 83–1952. Pan American World Airways, Inc. *v.* Puchert et al. Appeal from Sup. Ct. Haw. dismissed for want of substantial federal question.